# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1258

_____

NORRIS B. HAWKINS,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

April 9, 2019

PER CURIAM.

Appellant seeks review of (1) the order dismissing his September 2017 mandamus petition challenging the lien imposed on his inmate trust account for his filing of a February 2016 mandamus petition, and (2) the order imposing a lien on his inmate trust account for his filing of the September 2017 mandamus petition. We dismiss the appeal of the first order based on *Roberts v. State*, 172 So. 3d 478 (Fla. 1st DCA 2015), and we affirm the second order based on *Ruggirello v. Jones*, 202 So. 3d 935 (Fla. 1st DCA 2016).

    DISMISSED in part; AFFIRMED in part.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Norris B. Hawkins, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.